**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

```
LOWERSIDIA CARLO-FRANOUI,       *
                                *
     Plaintiff,                 *
                                *
          v.                    *     CIVIL NO. 04-1448 (PG)
                                *
JO ANNE B. BARNHART,            *
Commissioner of Social          *
Security,                       *
                                *
     Defendant.                 *
                                *
*******************************
```

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 1), which per the complaint (Docket No. 2), reviews the Commissioner of Social Security's denial of benefits to plaintiff, recommending that the Commissioner's decision be affirmed, and that the complaint be dismissed with prejudice. (Docket No. 12 at 16)  Having carefully reviewed the record, the applicable law and the Report and Recommendation, which contains no clear error, and plaintiff having filed no objections, the Report and Recommendation is hereby **APPROVED AND ADOPTED**, the Commissioner's decision is **AFFIRMED**, and the complaint is **DISMISSED WITH PREJUDICE**. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 23, 2005.

S/ JUAN M. PÉREZ-GIMÉNEZ
JUAN M. PÉREZ-GIMÉNEZ
UNITED STATES DISTRICT JUDGE
